UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MCBRIDE, ZINA D | ) | Case No. 05-24364-SQU |
| | ) | |
| | ) | Hon. JOHN H. SQUIRES |

### APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:   HONORABLE JOHN H. SQUIRES
      BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1.      An order for relief under Chapter 7 was entered on June 20, 2005.  On September 2, 2005 an order was entered approving the employment of Counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2.      Applicant requests $1,010.50, in compensation for 2.95 hours of services performed for the period August 26, 2005 through present and reimbursement of actual expenses in the amount of $19.18.

3.  A description of the nature of the services rendered by the Applicant is as follows:

PROFESSIONAL EMPLOYMENT

Cohen & Krol prepared and presented Trustee's application to employ counsel. Employment of counsel was necessary to assist the Trustee is selling the Debtor's right, title and interest in real estate in Florida.   Cohen & Krol expended 1.10 hours in the activity of Professional Employment.

SALE OF ASSETS

Cohen & Krol prepared and presented Trustee's application to accept offer to purchase the Debtor's 50% interest in real estate in Florida. The proceeds from the sale of this interest are

**EXHIBIT G**

generating a dividend to creditors herein.  Cohen & Krol expended 1.85 hours in the activity of Sale of Assets.

4.      Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

5.      The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| GINA B. KROL/GBK2005 | 1.10 | 330.00 | 363.00 |
| GINA B. KROL/GBK2006 | 1.85 | 350.00 | 647.50 |

6.      Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

7.      Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8.      At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $1,010.50 and reimbursement of actual and necessary expenses of $19.18 for legal services rendered in this case.

RESPECTFULLY SUBMITTED,

Date: March 18, 2009                    /s/ Gina B. Krol


GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000


**EXHIBIT G**