UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MCBRIDE, ZINA D | ) | Case No. 05-24364-SQU |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 4016, Wheaton, IL 60187

    On: **May 15, 2009**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                $4,073.68

    Disbursements                                                                         $10.10

    Net Cash Available for Distribution                                           $4,063.58

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GINA B. KROL  *Trustee Compensation* | $0.00 | $1,018.42 | $0.00 |
| COHEN & KROL  *Attorney for Trustee* | $0.00 | $1,010.50 | $19.18 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are: NONE

7. Claims of general unsecured creditors totaling $40,782.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 4.9400% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Chase Bank Usa, N.A. | $6,436.61 | $318.10 |
| 000002 | United States Department Of Educati | $15,718.81 | $776.82 |
| 000003 | Capital Recovery One | $513.44 | $25.37 |
| 000004 | Mbna America Bank Na | $9,418.18 | $465.45 |
| 000005 | Citibank (South Dakota) Na | $8,695.61 | $429.74 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Bank Accounts | $358.00 |
| Security Deposit | $845.00 |
| Household Goods | $1,000.00 |
| Books | $300.00 |
| Clothes | $200.00 |
| IRA | $1,300.00 |
| Child Support | $319.52 |
| Vehicle | $13,000.00 |
| Computer | $100.00 |

Dated: **April 17, 2009**  For the Court,

By: **KENNETH S. GARDNER**
CLERK OF BANKRUPTCY COURT
KENNETH S. GARDNER

Trustee: Gina B. Krol
Address: 105 West Madison Street
Suite 1100
Chicago, IL 60602-0000
Phone No.: (312) 368-0300

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                  Date Rcvd: Apr 17, 2009
Case: 05-24364                Form ID: pdf002             Total Served: 30

The following entities were served by first class mail on Apr 19, 2009.
db         +Zina D McBride,   2672 Village Green Drive,   Apt A 3,   Aurora, IL 60504-4218
aty        +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison Street #1100,   Chicago, IL 60602-4600
aty        +Joseph E Cohen, Atty,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty        +Linda M Kujaca,   P.O. Box 254,   Wood Dale, IL 60191-0254
tr         +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
9480524     AT&T Universal Card,   PO Box 6411,   The Lakes NV 88901-6411
9480525     Capital One,   PO Box 85015,   Richmond VA 23285-5015
10598065   +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
             Seattle, WA 98121-2339
9480526     Chase Bankcard Services Inc,   PO Box 52188,   Phoenix AZ 85072-2188
9728450    +Cingular Wireless,   PO Box 6428,   Carol Stream, IL 60197-6428
10715117    Citibank (South Dakota) NA,   Citibank/Choice,   Exception Payment Processing,   P O Box 6305,
             The Lakes, NV 88901-6305
9480527     Dillards,   PO Box 29445,   Phoenix AZ 85038-9445
9480528    +Dupage Medical Group,   c/o Tri County Account,   PO Box 515,   Wheaton IL 60187-0515
9480520    +First Financial Credit Union,   5550 W Touhy Ave,   Skokie IL 60077-3265
9480529     Fleet Credit Card Services,   PO Box 84006,   Columbus GA 31908-4006
9728446   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
9728448     Illinois Department of Public Aid,   PO Box 19121,   Springfield, IL 62794-9121
9480522     Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
9480530     MBNA America,   PO Box 15287,   Wilmington DE 19886-5287
10689980   +MBNA America Bank NA,   Mailstop Des-014-02-03,   PO Box 15168,   Wilmington DE 19850-5168
9480531    +MCI,   c/o AMO Recoveries,   7067 W Broward - Suite #C,   Plantation FL 33317-2205
9480532    +Perfect Match,   350 Passiac Ave 1st Floro,   Fairfield NJ 07004-2025
9480533     SBC,   PO Box 5072,   Saginaw MI 48605-5072
9480521     TMH Federal Credit Union,   PO Box 13799,   Tallahassee FL 32317-3799
10609531    UNITED STATES DEPARTMENT OF EDUCATION,   DIRECT LOAN SERVICING CENTER,   P.O. BOX 5609,
             GREENVILLE, TX 75403-5609
9480523     US Department of Education,   PO Box 530260,   Atlanta GA 30353-0260

The following entities were served by electronic transmission on Apr 18, 2009.
9728449    +Fax: 703-433-7292 Apr 18 2009 00:20:30     AOL,   PO Box 30622,   Tampa, FL 33630-3622
12407644   +E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2009 04:30:55     Capital Recovery One,
             25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12390279    E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2009 04:30:53
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
10633741   +E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2009 04:30:54
             Recovery Management Systems Corporation,   For GE Money Bank,   dba DILLARD'S,
             25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9728447*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2009**                             **Signature:** *Joseph Speetjens*