UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 05-24364 SQU |
| MCBRIDE, ZINA D | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/GINA B. KROL_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| First Financial Credit Union<br>5550 W.Touhy Ave.<br>Skokie, IL  60077 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TMH Federal Credit Union<br>PO Box 13799<br>Tallahassee, FL 32317 | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue<br>101 W. Jefferson St.<br>PO Box 19015<br>Springfield, IL 62794 | | | | | |
| US Dept. of Education<br>PO Box 530260<br>Atlanta, GA 30353 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AOL | | | | | |
| Cingular Wireless | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dillards | | | | | |
| DuPage Medical Group | | | | | |
| Fleet Credit Card Services | | | | | |
| IRS | | | | | |
| Illinois Dept of Public Aid | | | | | |
| MCI | | | | | |
| Perfect Match | | | | | |
| Perfect Match | | | | | |
| SBC | | | | | |
| UNITED STATES DEPARTMENT OF EDUCATI | | | | | |
| CAPITAL RECOVERY ONE | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CITIBANK (SOUTH DAKOTA) NA | | | | | |
| MBNA AMERICA BANK NA | | | | | |
| UNITED STATES DEPARTMENT OF EDUCATI | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

Case 05-24364  INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT   Desc Main
        Doc 38  Filed 10/06/09  Entered 10/06/09 10:27:25           Page: 1
                       ASSET CASES
              Document      Page 8 of 15

| Case No: | 05-24364 | SQU | Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL | Exhibit 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | MCBRIDE, ZINA D | | | | Date Filed (f) or Converted (c): | 06/20/05 (f) | |
| | | | | | 341(a) Meeting Date: | 07/27/05 | |
| For Period Ending: 09/24/09 | | | | | Claims Bar Date: | 04/28/06 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VACANT LAND  Trustee recently rec'd right title and interest offer. | 2,250.00 | 4,000.00 | | 4,000.00 | FA |
| 2. BANK ACCONTS | 358.00 | 0.00 | | 0.00 | FA |
| 3. Security Deposit | 845.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS | 300.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHES | 200.00 | 0.00 | | 0.00 | FA |
| 7. IRA | 1,300.00 | 0.00 | | 0.00 | FA |
| 8. CHILD SUPPORT | 319.52 | 0.00 | | 0.00 | FA |
| 9. VEHICLE | 13,000.00 | 0.00 | | 0.00 | FA |
| 10. COMPUTER | 100.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 73.85 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $19,672.52 | $4,000.00 | | $4,073.85 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (4/1/2009) *(Page: 8)*

LFORM1                                                                                                     Ver: 14.31c

**FORM 1**

Case 05-24364 INDIVIDUAL ESTATE PROPERTY RECORD AND Doc 38 Filed 10/06/09 Entered 10/06/09 10:27:25 Desc Main
ASSET CASES
Document Page 9 of 15

Page: 2

| | | | |
|---|---|---|---|
| Case No: | 05-24364    SQU    Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
| Case Name: | MCBRIDE, ZINA D | Date Filed (f) or Converted (c): | 06/20/05 (f) |
| | | 341(a) Meeting Date: | 07/27/05 |
| | | Claims Bar Date: | 04/28/06 |

Exhibit 8

Trustee is preparing final report

Initial Projected Date of Final Report (TFR): 12/31/07       Current Projected Date of Final Report (TFR): 03/31/09

_____  Date: _____
GINA B. KROL

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-24364 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | MCBRIDE, ZINA D | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9831 BofA - Checking Account |
| Taxpayer ID No: | *******1203 | | | |
| For Period Ending: | 09/24/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t  05/14/09 | | Transfer from Acct #*******3876 | Transfer In From MMA Account | 9999-000 | 4,063.75 | | 4,063.75 |
| C  05/20/09 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,018.42 | 3,045.33 |
| C  05/20/09 | 003002 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney Fees per Court Order | 3110-000 | | 673.67 | 2,371.66 |
| C  05/20/09 | 003003 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney Fees per Court Order | 3110-000 | | 336.83 | 2,034.83 |
| C  05/20/09 | 003004 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorney Expenses per Court Order | 3120-000 | | 19.18 | 2,015.65 |
| C  05/20/09 | 003005 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | Claim 000001, Payment 4.94235% | 7100-900 | | 318.12 | 1,697.53 |
| C  05/20/09 | 003006 | UNITED STATES DEPARTMENT OF EDUCATION<br>DIRECT LOAN SERVICING CENTER<br>P.O. BOX 5609<br>GREENVILLE, TX 75403-5609 | Claim 000002, Payment 4.94242% | 7100-900 | | 776.89 | 920.64 |
| C  05/20/09 | 003007 | Capital Recovery One | Claim 000003, Payment 4.94313% | 7100-900 | | 25.38 | 895.26 |

UST Form 101-7-TDR (4/1/2009) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-24364 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | MCBRIDE, ZINA D | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9831 BofA - Checking Account |
| Taxpayer ID No: | *******1203 | | | |
| For Period Ending: | 09/24/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131<a href="/cgi-bin/Claimant.pl?802385,3,05-24364">Claimant History</a> | | | | | |
| C 05/20/09 | 003008 | MBNA America Bank NA Mailstop Des-014-02-03 PO Box 15168 Wilmington DE 19850 | Claim 000004, Payment 4.94246% | 7100-900 | | 465.49 | 429.77 |
| C 05/20/09 | 003009 | Citibank (South Dakota) NA Citibank/Choice Exception Payment Processing P O Box 6305 The Lakes, NV 88901-6305 | Claim 000005, Payment 4.94238% | 7100-900 | | 429.77 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******9831 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 9 | Checks | 4,063.75 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 4,063.75 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 4,063.75 | | | |
| | Total | $ 4,063.75 | | | |

UST Form 101-7-TDR (4/1/2009) *(Page: 11)*

LFORM2T4

Ver: 14.31c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-24364 -SQU | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | MCBRIDE, ZINA D | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3876 Interest earning MMA Account |
| Taxpayer ID No: | *******1203 | | |
| For Period Ending: | 09/24/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| C 04/03/06 | 1 | Zina McBride | | 1110-000 | 1,300.00 | | 1,300.00 |
| C 04/06/06 | 1 | Joe Chandler III<br>Green Cove Springs, Florida | | 1110-000 | 2,700.00 | | 4,000.00 |
| C 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.65 | | 4,002.65 |
| C 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.41 | | 4,006.06 |
| C 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.29 | | 4,009.35 |
| C 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.41 | | 4,012.76 |
| C 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.41 | | 4,016.17 |
| C 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.30 | | 4,019.47 |
| C 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.41 | | 4,022.88 |
| C 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.31 | | 4,026.19 |
| C 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.42 | | 4,029.61 |
| C 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.42 | | 4,033.03 |
| C 02/15/07 | 000301 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA 70130 | BOND<br>BOND | 2300-000 | | 3.11 | 4,029.92 |
| C 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.09 | | 4,033.01 |
| C 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 3.42 | | 4,036.43 |

UST Form 101-7-TDR (4/1/2009) *(Page: 12)*

LFORM2T4 Ver: 14.31c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-24364 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | MCBRIDE, ZINA D | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3876 Interest earning MMA Account |
| Taxpayer ID No: | *******1203 | | |
| For Period Ending: | 09/24/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| C  04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.32 | | 4,039.75 |
| C  05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.43 | | 4,043.18 |
| C  06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.32 | | 4,046.50 |
| C  07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.44 | | 4,049.94 |
| C  08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 3.44 | | 4,053.38 |
| C  09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 2.58 | | 4,055.96 |
| C  10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 2.59 | | 4,058.55 |
| C  11/30/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.17 | | 4,060.72 |
| C  12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 1.94 | | 4,062.66 |
| C  01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 1.61 | | 4,064.27 |
| C  02/11/08 | 000302 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | | 2300-000 | | 3.82 | 4,060.45 |
| C  02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 0.97 | | 4,061.42 |
| C  03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.96 | | 4,062.38 |
| C  04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.83 | | 4,063.21 |
| C  05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.51 | | 4,063.72 |
| C  06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 0.51 | | 4,064.23 |

UST Form 101-7-TDR (4/1/2009) *(Page: 13)*

LFORM2T4

Ver: 14.31c

Exhibit 9

| Case No: | 05-24364 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | MCBRIDE, ZINA D | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3876 Interest earning MMA Account |
| Taxpayer ID No: | *******1203 | | | |
| For Period Ending: | 09/24/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| C  07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.52 | | 4,064.75 |
| C  08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.51 | | 4,065.26 |
| C  09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.50 | | 4,065.76 |
| C  10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.39 | | 4,066.15 |
| C  11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.33 | | 4,066.48 |
| C  12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 4,066.69 |
| C  01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,066.72 |
| C  02/17/09 | 000303 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 3.17 | 4,063.55 |
| C  02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 4,063.58 |
| C  03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,063.62 |
| C  04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 4,063.71 |
| C  05/14/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 4,063.75 |
| C t  05/14/09 | | Transfer to Acct #*******9831 | Final Posting Transfer | 9999-000 | | 4,063.75 | 0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 05-24364 -SQU | Trustee Name: GINA B. KROL |
| Case Name: MCBRIDE, ZINA D | Bank Name: BANK OF AMERICA, N.A. |
| | Account Number / CD #: *******3876 Interest earning MMA Account |
| Taxpayer ID No: *******1203 | |
| For Period Ending: 09/24/09 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

Account *******3876

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 2 | Deposits | 4,000.00 | 3 | Checks | 10.10 |
| 38 | Interest Postings | 73.85 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 4,063.75 |
| | Subtotal | $ 4,073.85 | | | |
| | | | | Total | $ 4,073.85 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 4,073.85 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 2 | Deposits | 4,000.00 | 12 | Checks | 4,073.85 |
| 38 | Interest Postings | 73.85 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 4,063.75 |
| | Subtotal | $ 4,073.85 | | | |
| | | | | Total | $ 8,137.60 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 4,063.75 | | | |
| | Total | $ 8,137.60 | | Net Total Balance | $ 0.00 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 09/24/09
GINA B. KROL